Albert Wallace, Also Known as Abraham Wallach, Respondent, v. Regina Goldner Wallace, Also Known as Regina Goldner Wallach, Appellant.— Interlocutory judgment and judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

Louis Weinberg, Respondent, v. Elco Shoe Manufacturers, Inc., Appellant. — Order of Appellate Term affirming judgment and order of the City Court of the City of New York affirmed, with costs. No opinion. Lazansky, P. J., Kapper, Carswell and Scudder, JJ., concur; Tompkins, J., dissents and votes for reversal and a new trial.

Nellie F. Davison, Appellant, v. Henry E. Jahnke and Martha E. Jahnke, Defendants, and Raymond Malone (Referee), Respondent.— On argument, and on consent of respondent in open court, order, in so far as it denies plaintiff's motion to fix the referee's fees at twenty-five dollars and fixes the fees at one hundred dollars, reversed and motion granted to the extent of fixing the fees at thirty-nine dollars and fifty cents, without costs. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

Benjamin Geller, Appellant, v. Mollie Gluckman, Respondent.— On argument, order granting defendant's motion for a bill of particulars, in so far as appealed from, affirmed, with twenty dollars costs and disbursements; the particulars to be furnished within five days from the entry of the order herein. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

The People of the State of New York, Respondent, v. Elmer W. Swallow, Appellant.— Appeal dismissed on call of the calendar. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

Joseph Ali, Respondent, v. Samuel Bloom, Defendant, and Matteo Ortolano, Also Known as Matteo Ortolando, and James Randolph, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

Max Arnold, Respondent, v. Charles I. Goldman, as Secretary and Treasurer of International Pocketbook Workers Union, etc., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

Sarah Guller and Morris Guller, Respondents, v. Harris Perlman, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.